No. 75–761. DONOHUE *v.* CITY OF SAN JOSE. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of

substantial federal question.